United States District Court
Southern District of Texas
**ENTERED**
February 18, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| VALERIE PREVOST, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-04115 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| CITY OF HOUSTON, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a complaint against Defendant City of Houston on October 19, 2023. Dkt 1. The matter was referred for pretrial management to Magistrate Judge Christina A. Bryan. Dkt 4.

Pending are objections by Plaintiff to four non-dispositive orders issued by Judge Bryan. See Dkts 71 & 72. Plaintiff objects to:

- o The order of September 12, 2024 (i) denying reconsideration of the August 16, 2024 Order denying in part Plaintiff's motion to compel, (ii) denying reconsideration of the August 16, 2024 Order striking Plaintiff's Amended Complaint; and (iii) denying Plaintiff's request for pre-motion conference. See Dkt 43.
- o The protective order of October 2, 2024, directing Plaintiff to communicate only with the City's lawyers on matters regarding this case. See Dkt 48.
- o The order of November 19, 2024, granting an emergency protective order stopping the

       deposition of the City's Inspector General. See Dkt 65.
- o The order of December 6, 2024, denying Plaintiff's motion to compel the deposition of the City's Inspector General. See Dkt 68.

The district court will set aside a non-dispositive order of a magistrate judge to which a party has specifically objected only if it is clearly erroneous or contrary to law. See FRCP 72(a) & 28 USC § 636(b)(1)(A); see also *Castillo v Frank*, 70 F3d 382, 385 (5th Cir 1995).

Most of Plaintiff's objections are untimely, and all lack merit. No clear error appears upon review and consideration of the Orders, the record, and the applicable law.

The objections by Plaintiff to the Memorandum and Recommendation of the Magistrate Judge are overruled. Dkts 71 & 72.

The Orders of the Magistrate Judge are ADOPTED as the Orders of this Court. Dkts 43, 48, 65 & 68.

SO ORDERED.

Signed on February 18, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

2